IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


THE OHIO ORGANIZING COLLABORATIVE,
*Et al.*,

        Plaintiffs,

                             Civil Action 2:15-cv-1802
      vs.                        Judge Watson
                                    Magistrate Judge King

JON HUSTED, *et al.*,

        Defendants.


**ORDER**

    On August 17, 2015, the Court conferred with counsel for the parties regarding briefing of the *Motion to Substitute Plaintiff Ohio Organizing Collaborative pursuant to Rule 21 and to Amend Complaint pursuant to Rule 15,* ECF No. 33.

    With the agreement of the parties, defendants will file their memorandum *contra*[1] the motion by August 20, 2015; plaintiffs may have until August 24, 2015 to reply in support of the motion. The Court will undertake to promptly resolve the motion.


                           *s/Norah McCann King*
                            Norah MᶜCann King
                  United States Magistrate Judge
August 17, 2015

---

[1] Defendants do not presently intend to object to the requested substitution of parties, so long as the current trial schedule is preserved and so long as any new parties respond to discovery requests within fourteen days of their joinder.