IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE OHIO ORGANIZING COLLABORATIVE,** *et al.*,

       Plaintiffs,

  vs.                            Civil Action 2:15-cv-1802
                                    Judge Watson
                                    Magistrate Judge King

**JON HUSTED,** *et al.*,

       Defendants.

## ORDER

The Court conferred with counsel for the parties, by telephone, on October 15, 2015 regarding certain scheduling matters. With the agreement of the trial judge, it is **ORDERED** as follows:

The parties may file pretrial briefs of up to 70 pages. The parties should draft and format their pretrial briefs in such a fashion that the briefs may also serve as the functional equivalent of proposed findings of fact and conclusions of law.

The parties shall exchange preliminary exhibit and witness lists no later than October 30, 2015.

The parties shall file a proposed final pretrial order no later than November 2, 2015.

The parties may supplement their exhibit and witness lists no later than November 12, 2015.

October 16, 2015                                  *s/ Norah McCann King*
                                                  Norah McCann King
                                                  United States Magistrate Judge