IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **THE OHIO DEMOCRATIC PARTY,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:15-CV-1802 |
| | : | |
| v. | : | JUDGE WATSON |
| | : | |
| **JON HUSTED,** *et al.*, | : | MAGISTRATE JUDGE KING |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Defendants Ohio Secretary of State Jon Husted and Ohio Attorney General Mike DeWine hereby give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment of this Court entered in this action on May 24, 2016 (ECF No. 117 and 118), and all interlocutory orders.

Respectfully submitted,

MICHAEL DEWINE
Ohio Attorney General

*/s/ Steven T. Voigt*
STEVEN T. VOIGT (0092879)*
   (*Lead and Trial Counsel)
RYAN L. RICHARDSON (0090382)
TIFFANY L. CARWILE (0082522)
SARAH E. PIERCE (0087799)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592

steven.voigt@ohioattorneygeneral.gov
ryan.richardson@ohioattorneygeneral.gov
tiffany.carwile@ohioattorneygeneral.gov
sarah.pierce@ohioattorneygeneral.gov

*Counsel for Defendants Secretary of State and Ohio Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, on May 26, 2016, and served upon all parties of record via the Court's electronic filing system.

*/s/ Sarah E. Pierce*
SARAH E. PIERCE (0087799)
Assistant Attorney General