UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**The Ohio Organizing Collaborative,** *et al.*,

    **Plaintiffs,**

    v.

**Jon Husted,** *et al.*,

    **Defendants.**

Case No. 2:15–cv–1802

Judge Michael H. Watson

Magistrate Judge King

## ORDER

The Court hereby expedites briefing on Defendants' Motion to Stay Pending Appeal, ECF No. 120. Any response is due by **Friday, June 3, 2016 at 12:00 p.m.** Any reply is due by **Monday, June 6, 2016 at 12:00 p.m.**

**IT IS SO ORDERED.**

                                                      */s/ Michael H. Watson*
                                            **MICHAEL H. WATSON, JUDGE**
                                            **UNITED STATES DISTRICT COURT**